IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY NATHANIEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-060 |
| | ) | |
| OFFICER WARREN; OFFICER LANE; LT. JORDAN; SGT. McGEE; WARDEN SECURITY HARVEY; and WARDEN EDWARD PHILBIN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's claims against Defendants Warden Philbin, Lt. Jordan, Sgt. McGee, and Warden Harvey for failure to state a claim, and **DISMISSES** these Defendants from this case. The case shall proceed based on Plaintiff's allegations of excessive force raised against Officers Warren and Lane, as described in the Magistrate Judge's June 10, 2020 Order. (See doc. no. 10.)

SO ORDERED this 17th day of July, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA