IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| JEREMY NATHANIEL WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 120-060 |
| | ) | |
| OFFICER WARREN; OFFICER LANE; WARDEN OF SECURITY HARVEY; WARDEN EDWARD PHILBIN; WARDEN SHELDON; MS. HARRIS, Unit Manager; MS. BROWN, Unit Manager; MS. HARMOND, Unit Manager; SHOWDEN, Unit Manager; LT. JACKSON; LT. JORDAN; SGT. ROSS; SGT. McGEE; OFFICER FOLKS; OFFICER COLE; MS. SIM; NURSE JOHNSON; MR. SMITH; TAYLOR; and MS. BIRCH, Mental Health Counselor, | ) | |
| | ) | |
| Defendants. | ) | |

ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** all claims asserted in the amended complaint for failure to state a claim except for (1) the original excessive force claim against Defendants Warren and Lane and (2) the new claim alleging retaliation by Unit Manager Brown on March 5, 2020. Therefore, the Court **DISMISSES** Defendants Lt. Jordan, Warden of Security Harvey, Warden Philbin,

Warden Sheldon, Unit Manager Harmond, Unit Manager Showden, Lt. Jackson, Officer Folks, Officer Cole, Sim, Nurse Johnson, Taylor, and Birch from this case. Moreover, the Court **DISMISSES** Defendants Harris, Smith, Sgt. Ross, and Sgt. McGee for failure to state a claim against them as explained in the Report and Recommendation. Finally, the Court **DENIES** Plaintiff's motion for preliminary injunction. (Doc. no. 20). The case shall proceed against Unit Manager Brown and Officers Warren and Lane as described in the Magistrate Judge's February 5, 2021 Order. (See doc. no. 25.)

SO ORDERED this 10th day of March, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA