IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| JEREMY NATHANIEL WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CV 120-060 ) |
| OFFICER WARREN; OFFICER LANE; and CLIFFORD BROWN, Unit Manager, | ) ) ) |
| Defendants. | ) ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant Brown's Motion to Dismiss, (doc. no. 33), and **DISMISSES** him from this case.

SO ORDERED this 9th day of June, 2021, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA